**Elisha Kobre**
Partner
ekobre@bradley.com
214.257.9785 direct



September 2, 2022     **MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2022

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Srinivasa Kakkera*, 22 Cr. 398 (GHW)

Dear Judge Woods:

Our firm was recently retained by Srinivasa Kakkera to represent him in the above-referenced case and as substitute counsel in place of Adam Ford, Esq. of Ford O'Brien LLP. As per the attached proposed Consent Order Granting Substitution of Attorney—which is signed by Mr. Kakkera, Mr. Ford, and myself—Mr. Ford consents to this substitution of counsel.

As the Court is aware, this case is at an initial stage. The indictment was unsealed on July 25, 2022, an initial pretrial conference was held on August 17, 2022, and the Government has not yet produced discovery. We understand that the Court has set the next conference date as January 18, 2023, at 12:00PM.

Accordingly, we respectfully request, with the consent of Mr. Ford, that the Court enter the attached proposed Order substituting the undersigned as counsel for Mr. Kakkera.

Sincerely,

Elisha Kobre

Enclosure

Application granted.

The Clerk of Court is directed to terminate Mr. Ford from
the list of active counsel in this case and to terminate the motion pending at
Dkt. No. 43.

SO ORDERED.
Dated: September 3, 2022

_____
GREGORY H. WOODS
United States District Judge