USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
UNITED STATES OF AMERICA,          :

     -v -                          :          1:22-cr-398-GHW

SRINIVASA KAKKERA and ABBAS SAEEDI, :          ORDER

              Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Trial in this matter will commence on Monday, November 6, 2023 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    Pretrial motions by Defendants are due no later than May 15, 2023. The Government's oppositions to any defense motions are due no later than four weeks following the service of Defendants' pretrial motions. Defendants' replies, if any, are due no later than two weeks following the service of the oppositions. The Court will hold a hearing on any defense motions necessitating a hearing on July 19, 2023 at 10:00 a.m.

    Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than August 21, 2023. Expert disclosures by the defendant(s) required pursuant to Fed. R. Crim. P. 16 are due no later than September 5, 2023.

    The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than September 11, 2023. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service

of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on October 16, 2023 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than September 11, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: March 31, 2023
New York, New York

GREGORY N. WOODS
United States District Judge