**Elisha Kobre**
Partner
ekobre@bradley.com
214.257.9785 direct



# MEMORANDUM ENDORSED

May 19, 2023

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/23/2023
```

      Re: *United States v. Srinivasa Kakkera*, 22 Cr. 398 (GHW)

Dear Judge Woods:

      We write on behalf of defendant Srinivasa Kakkera to respectfully request, without objection by the Government or Pretrial Services, a modification of Mr. Kakkera's conditions of release to allow him to travel within the continental United States to the extent necessary for his employment and job search without prior approval of the Court.

      Mr. Kakkera's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the Northern District of California, and points in between for travel to the Court and to meet with counsel. (Dkt. 32).[1] Mr. Kakkera recently lost his job and is in the process of seeking other employment. The nature of Mr. Kakkera's work is such that it involves substantial travel, often on short notice. Mr. Kakkera's search for employment opportunities would be difficult if he were unable to represent to potential employers that he could travel within the continental United States as part of his job duties.

      I have corresponded via e-mail with AUSA Adam Hobson, Bradley Wilson, Mr. Kakkera's Pretrial Services Officer in the Northern District of California, and Viosanny Harrison, on behalf of Pretrial Services in the Southern District of New York, and none have any objection to the proposed modification, with the condition that Mr. Kakkera notifies his supervising Pretrial Services Officer of his travels in advance of any such travel.

      We therefore respectfully request that the Court modify Mr. Kakkera's conditions of release to allow him to travel within the continental United States for the purposes of his employment and his job search with the condition that he notify his Pretrial Services Officer in advance of any such travel and provide any details requested of him regarding his travel.

---

[1] Mr. Kakkera is also permitted to travel to the Western District of Washington, the Northern District of Texas, and the Western District of Texas "for work with 72 hour notice to Pretrial Services." (Dkt. 32).

The Honorable Gregory H. Woods
May 19, 2023
Page 2

Sincerely,

Elisha Kobre

Application granted.  The conditions of Mr. Kakkera's pre-trial release are modified as follows:  Mr. Kakkera may travel within the continental United States for the purposes of his employment and his job search.  Mr. Kakker is directed to provide a detailed itinerary to pretrial services, as well as contact information during his travel.  All other conditions of the defendant's pre-trial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 81.

SO ORDERED.

Dated:  May 23, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge