

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 14, 2023

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Srinivasa Kakkera*, 22 Cr. 398 (GHW)

Dear Judge Woods:

   With consent from counsel for Mr. Kakkera, the Government respectfully writes to request that the Court adjourn the upcoming conference regarding Mr. Kakkera's severance motion, which the Court had scheduled for August 17, 2023.  The Government, with agreement from counsel for Mr. Kakkera, submits that because the Government anticipates that Mr. Saeedi will enter a plea of guilty on August 18, 2023, that motion should be treated as moot.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   ____/s_____
Adam S. Hobson
Noah Solowiejczyk
Assistant United States Attorneys

cc:   Defense counsel (by ECF)