```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :
           -v-                                               :
                                                             :
                                                             :
  SRINIVASA KAKKERA,                                         :
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023

1:22-cr-398-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter with respect to defendant Srinivasa Kakkera on September 5, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 28, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge