UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
: 
UNITED STATES OF AMERICA              :
:
- v. -                                :    **ORDER**
:
SRINIVASA KAKKERA,                    :    22 Cr. 398 (GHW)
:
Defendant.             :
:
------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/14/2024 |

WHEREAS, on August 2, 2022, the Honorable Judge Katherine H. Parker, Magistrate Judge, Southern District of New York, ordered SRINIVASA KAKKERA (the "Defendant") released on $1,000,000 bail co-signed by one financially responsible person and secured by $150,000 cash/property;

WHEREAS, on or about August 17, 2022, the Defendant personally posted $150,000 cash bail (the "Bail Funds") toward the $1,000,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number NYSCCA22-00646);

WHEREAS, on or about September 9, 2023, the Defendant pled guilty to Count Seven of the Indictment, 22 Cr. 398 (GHW);

WHEREAS, on or about January 3, 2024, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a money judgment in the amount of $2,453,687.99 in United States currency (the "Money Judgment") against the Defendant;

WHEREAS, on or about March 5, 2024, the Court ordered that the cash bond posted by the Defendant be applied towards his forfeiture obligations (Dkt. No. 140); and

WHEREAS, on or about March 13, 2024, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the United States Marshals Service which shall reference the Defendant's name and case number, and be delivered to the Illicit Finance and Money Laundering Unit, United States Attorney's Office, 26 Federal Plaza, 38th Floor, New York, NY 10278.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

SO ORDERED:

_____  March 14, 2024
HONORABLE GREGORY H. WOODS      DATE
United States District Judge